## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

PERRY WILLIAMS                                                                                              PETITIONER
Reg #09800-042

v.                                       No. 2:13CV00137 JLH-JTK

ANTHONY HAYNES, Warden,
FCI-Forrest City                                                                                              RESPONDENT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 21st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE