# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

PERRY WILLIAMS                                                                                 PETITIONER
Reg #09800-042

v.                                        No. 2:13CV00137 JLH-JTK

ANTHONY HAYNES, Warden,
FCI-Forrest City                                                          RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED without prejudice.

SO ADJUDGED this 21st day of October, 2014.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE